◼ MOUNT VERNON FIRE INSURANCE Co., Respondent, v ARTHUR T. MOTT, Appellant. [628 NYS2d 579] —In an action to recover insurance premiums due under a liability insurance policy, the defendant appeals from an order and judgment (one paper) of the Supreme Court, Nassau County (McCabe, J.), entered November 15, 1993, which, upon a special jury verdict pursuant to CPLR 4111 (b), is in favor of the plaintiff in the total amount of $69,705.35.

Ordered that the order and judgment is affirmed, with costs.

"In reviewing the record to ascertain whether the jury's conclusion rested upon a fair interpretation of the evidence, great deference must be accorded to the fact-finding function of the jury" *(Tarantino v Vanguard Leasing Co.,* 187 AD2d 422, 423). After hearing all of the evidence, the jury made a determination which is supported by a fair interpretation of the evidence.

We have considered the defendant's remaining contentions and find them to be without merit. Miller, J. P., Thompson, Friedmann and Florio, JJ., concur.